NO. 07-06-0092-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 6, 2006

_____

THE SCHOOL OF THE OZARKS, INC.,
D/B/A COLLEGE OF THE OZARKS, APPELLANT

V.

WILL W. SNEAD AND RAY A. SNEAD, APPELLEES

_____

FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;

NO. 4289H; HONORABLE RON ENNS, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

The School of the Ozarks, Inc., d/b/a College of the Ozarks perfected this accelerated appeal from the trial court's order denying its special appearance. Pending before this Court is an unopposed motion to dismiss the appeal as moot. Attached to the motion as exhibits are a joint motion and an order signed by the trial court to vacate the

appealed order and dismiss with prejudice the claims of appellees Will W. Snead and Ray A. Snead.  We grant the motion and dismiss the appeal as moot.  *See* Tex. R. App. P. 42.1(a).  Having dismissed the appeal at the request of all parties, no motion for rehearing will be entertained and our mandate will issue forthwith.


                              Don H. Reavis
                              Justice